```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

CARLTON KNOWLES,

                Plaintiff,

    - against -

VIGO IMPORTING COMPANY,

                Defendant.

─────────────────────────────────────────

24-cv-6295 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **November 21, 2024.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:    New York, New York  
            August 21, 2024

/s/ John G. Koeltl

                                          **John G. Koeltl**  
                            **United States District Judge**